## REMEDY SEARCH AND PLACEMENT GROUP
## Permanent Placement Terms & Conditions

### Statement of Policy

Remedy Intelligent Staffing ("REMEDY") is an equal opportunity employer, and in accordance with federal and state laws refers all qualified candidates, regardless of their sex, marital status, race, color, ancestry, national origin, religion, physical handicap, medical condition, or age. REMEDY is a member of the National Association of Temporary and Staffing Services.

### Confidentiality

Personal data and resumes submitted by REMEDY regarding its placement candidates are extremely confidential and are for the client's personnel use only.

### Fees

Fees are based upon the candidate's total estimated first year's annual compensation, as agreed upon at the time of hiring. The Fee is ~~12%~~ of annual *10%* compensation, with a minimum fee assessment of $3,000 ~~and a maximum of 30% of annual compensation~~. There is no fee obligation unless and until the candidate actually begins employment. All fees are client-paid and non-negotiable.

### Terms

Fees will be invoiced upon a candidate's acceptance of an offer of employment and are due within 10 calendar days of the candidate's start date. If a REMEDY candidate accepts a position with a client (or any affiliate or subsidiary) within 180 calendar days of referral by REMEDY, the full fee for that position is due and payable to REMEDY. The client's acceptance and/or interview of a Remedy referral/candidate constitutes its agreement with the above terms and conditions.

### Guarantee

Should the candidate resign or be terminated within 90 calendar days of starting work, REMEDY will replace that employee in the same position at no additional fee or will credit the fee paid against future placement invoices. After the 30th calendar day and continuing through the 100th calendar day, REMEDY will charge 1/100th of the full fee for each calendar day the employee has worked for the client and will credit the remainder against a replacement or future placement invoice. In the event the Remedy candidate is hired and the fee is not received within 15 calendar days of start date, the guarantee is null and void. This guarantee will not be effective when the scope of the candidate's duties has changed substantially or has been misrepresented to REMEDY and/or to the candidate.

### Failure to Pay

REMEDY has incurred considerable time and expense in recruiting, screening, testing, and preparing candidates for referral. If the candidate's employment with client is terminated either voluntarily or involuntarily after 15 calendar days and the fee has not been paid, the client will be invoiced 100% of the total fee due. Client agrees to reimburse REMEDY for all collection and/or legal fees it may incur to enforce any provision of this Agreement.

### Acknowledgment & Confirmation

*This signifies that I have received, understand and agree to the above terms and conditions.*

| Firm | Authorized Signature | |
|---|---|---|
| Hulke Construction Company, LLC | *[signature]* | |
| Date | Title | |
| 05/06/04 | President | |
| Position Title | | |
| Accountant | | |



**Remedy.**
*intelligent staffing*

EXHIBIT
A

Report for OrderItem 5949488                                                                 Page 1 of 1

# Background Investigation Report

Subject Name: LOVEALL, CASEY
SSN: 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

Package Type: Basic                                   Order Number: 1728674
Date Submitted: 5/4/2004 1:09:00 PM                   Reference: SHANNA

## Public Record Search Summary

| Name | City | County | State | Type | DOB | Alert |
|---|---|---|---|---|---|---|
| LOVEALL, CASEY J | | CITRUS | FL | County Seat Felony And Misdemeanor (7 Year) | | NO |
| Court Location: | Citrus Circuit and County Courts<br>110 North Apoka, Inverness, FL 34450 | | | | | |
| Dates Searched: | 05/06/1997 to 04/20/2004 | | | | | |

** NOTICE **

The information provided is a consumer report as defined in the federal Fair Credit Reporting Act [15 U.S.C. 1681- 1681u]. It contains confidential information on the individual named. It is submitted to the conditions contained in your Subscriber Agreement with IRSC and may be used solely as a factor in evaluating the named individual for employment, promotion, reassignment or retention as an employee. IRSC maintains strict procedures designed to insure that the information is complete and up to date. While the information furnished is from reliable sources, its accuracy is not guaranteed. Proper use of this report and final verification of the named individual's identity is your sole responsibility. If any adverse action is taken based in whole or in part of the consumer report, a copy of the report and a summary of the consumer's rights will be provided to the consumer prior to taking adverse action. If you have any questions regarding the accuracy or completeness of this report, please contact ChoicePoint Services at (800) 845-6004.

The summary of consumer's rights is available on the IRSC Website at www.screeningnetwork.com.





EXHIBIT
B

https://www.screeningnetwork.com/orderviewing/report_dll.asp?order=1728674&item=59494...   5/6/04

REMEDY STAFFING                    Fax:8507639004                    May 6 2004  14:28    P.03

Report for OrderItem 594948  Page 1 of 1

# Background Investigation Report

Subject Name: LOVEALL, CASEY
SSN: 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

Package Type: Basic
Date Submitted: 5/4/2004 1:08:00 PM

Order Number: 1728674
Reference: SHANNA

## Public Record Search Summary

| Name | City | County | State | Type | DOB | Alert |
|---|---|---|---|---|---|---|
| LOVEALL, CASEY J | | MONROE | FL | County Seat Felony And Misdemeanor (7 Year) | | NO |
| Court Location: | Monroe Circuit and County Courts 500 Whitehead Street, Key West, FL 33040 | | | | | |
| Dates Searched: | 05/05/1997 to 04/20/2004 | | | | | |

** NOTICE **

The information provided is a consumer report as defined in the federal Fair Credit Reporting Act [15 U.S.C. 1681- 1681u]. It contains confidential information on the individual named. It is submitted to the conditions contained in your Subscriber Agreement with IRSC and may be used solely as a factor in evaluating the named individual for employment, promotion, reassignment or retention as an employee. IRSC maintains strict procedures designed to insure that the information is complete and up to date. While the information furnished is from reliable sources, its accuracy is not guaranteed. Proper use of this report and final verification of the named individual's identity is your sole responsibility. If any adverse action is taken based in whole or in part of the consumer report, a copy of the report and a summary of the consumer's rights will be provided to the consumer prior to taking adverse action. If you have any questions regarding the accuracy or completeness of this report, please contact ChoicePoint Services at (800) 846-6004.

The summary of consumer's rights is available on the IRSC Website at www.screeningnetwork.com.



https://www.screeningnetwork.com/orderviewing/report_dll.asp?order=1728674&item=59494...  5/6/04

REMEDY STAFFING    Fax:8507652004    May 6 2004 14:29    P. 04



**CORPORATE CREATIONS®**
Registered Agent • Director • Incorporation

Corporate Creations Network Inc.
11380 Prosperity Farms Road #221E, Palm Beach Gardens, FL 33410

September 28, 2010

Remedy Intelligent Staffing, Inc.
Natasha Chin
The Select Family of Staffing Companies
3820 State Street
SANTA BARBARA  CA  93105

# SERVICE OF PROCESS NOTICE

The following is a summary of the enclosed legal document(s) that we received.

**Note:** Any questions regarding the substance of the matter described below, including the status or to whom or where to respond, should be directed to the person set forth in line 12 below or to the court or government agency where the matter is being heard.

Item: 2010-805

| # | Field | Value |
|---|---|---|
| 1. | Client Entity: | Remedy Intelligent Staffing, Inc. |
| 2. | Title of Action: | Hulke Construction Company LLC vs. Remedy Intelligent Staffing Inc |
| 3. | Document(s) Served: | Summons; Complaint |
| 4. | Court/Agency: | Orange County Circuit Court |
| 5. | State Served: | Florida |
| 6. | Case Number: | 2010-CA-021314-O |
| 7. | Case Type: | Damages |
| 8. | Method of Service: | Hand Delivered |
| 9. | Date Received: | Tuesday 9/28/2010 |
| 10. | Date to Client: | Tuesday 9/28/2010 |
| 11. | # Days When Answer Due: 21  Answer Due Date: 10/19/10 | CAUTION: Client is solely responsible for reviewing service of process to verify accuracy of Answer Due Date. |
| 12. | SOP Sender: (Name, City and Phone Number) | Christopher Harne  Orlando, FL  (407) 425-1020 |
| 13. | Shipped By: | Email Only with PDF Link |
| 14. | Tracking Number: | |
| 15. | Notes: | None |

This notice is provided for general information purposes only and should not be considered a legal opinion. At Corporate Creations, we take pride in developing systems that effectively manage risk so our clients feel comfortable with the reliability of our service. We always deliver service of process so our clients avoid the risk of a default judgment. As registered agent, our role is to receive and forward service of process. To decrease risk for our clients, it is not our role to determine the merits of whether service of process is valid and effective. It is the role of legal counsel to assess whether service of process is invalid or defective. Registered agent services are provided by Corporate Creations Network Inc.

11380 Prosperity Farms Road #221E, Palm Beach Gardens, FL 33410   Tel: (561) 694-8107   Fax: (561) 694-1639
www.CorporateCreations.com