# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**HULKE CONSTRUCTION COMPANY, LLC,**

    **Plaintiff,**

vs.                                             Case No.  6:10-cv-1595-Orl-19KRS

**REMEDY INTELLIGENT STAFFING, INC.,**

    **Defendant.**

_____

## ORDER

This case was considered by the Court on Joint Notice of Settlement (Doc. No. 57, filed October 12, 2011).  Upon consideration, this cause is **DISMISSED**, subject to the right of any party to reopen the action within thirty (30) days upon good cause shown, or to submit a notice of voluntary dismissal with prejudice, or to submit a stipulated form of final judgment.

**DONE AND ORDERED** at Orlando, Florida, this __22_____ day of October, 2011.

*[Signature]*

PATRICIA C. FAWSETT, JUDGE
UNITED STATES DISTRICT COURT

Copies furnished to:

Counsel of Record